UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ANTOINE S. REED, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00112-JPH-MJD |
| | ) | |
| T.J. WATSON Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ENTRY ON PENDING MOTIONS**

The Court, having considered the matters which are pending, issues the following rulings:

1.      The petitioner's motion for discovery, filed on April 13, 2020, requests copies of various documents relating to another offender's disciplinary proceeding. He alleges that these documents will support his claim that his staff representative had a conflict of interest because he assisted both petitioner and the other offender. "Discovery in habeas corpus actions is extremely limited." *Glascoe v. Bezy,* 421 F.3d 543, 549 (7th Cir. 2005); *see also Tabb v. Christianson,* 855 F.3d 757, 763 (7th Cir. 2017) ("As a general rule, federal habeas petitions must be decided on state court records."). Rule 6 of the *Rules Governing § 2254 Cases* provides that a judge may authorize discovery only if good cause is shown. As asserted by the respondent in the response to order to show cause, an offender does not have a due process right to the appointment of a staff representative unless he is illiterate or the process is too complex for him to understand, neither of which is alleged in this case. Therefore, good cause for discovery has not been shown. The petitioner's motion for discovery, dkt. [7], is **DENIED.**

2.    The petitioner's motion for extension of time to file his reply, dkt. [8], is

**GRANTED.** He shall have **through June 5, 2020,** to file his reply.

**SO ORDERED.**

Date: 4/16/2020

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

ANTOINE S. REED
36618-044
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Lara K. Langeneckert
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
lara.langeneckert@usdoj.gov